

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2019

No. 04-19-00657-CV

**IN RE CCRE, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On September 24, 2019, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than November 1, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on October 16, 2019.

PER CURIAM

ATTESTED TO: _____
Luz Estrada,
Chief Deputy Clerk



---

[1] This proceeding arises out of Cause No. 1660, styled *CCRE, LLC v. Carol A. Johnson and Alice M. Johnson*, pending in the County Court, Gillespie County, Texas, the Honorable Mark Stroeher presiding.